UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-21306-CIV-MARTINEZ-BECERRA

BAYPORT FINANCIAL SERVICE (USA)
INC. and BAYPORT COLOMBIA, S.A.,

    Plaintiffs,
v.

BAYBOSTON MANAGERS, LLC, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING OMNIBUS REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Defendants' Request for Judicial Notice, (ECF No. 51); Defendants Motions to Dismiss, (ECF Nos. 52, 53, 54); Defendants' Motion to Adopt/Join Request for Judicial Notice, (ECF No. 57); and Defendants' Motion for a Temporary Stay of Discovery, (ECF No. 63). (ECF No. 83.) Magistrate Judge Becerra filed an Omnibus Report and Recommendation in which she recommended that: (1) Defendants' Request for Judicial Notice and Defendants' Motions to Dismiss be denied, (2) Defendants' Motion to Adopt/Join Request for Judicial Notice be granted in part and denied in part, and (3) Defendants' Motion for a Temporary Stay of Discovery be denied as moot. (ECF No. 103.) Defendants BayBoston Managers LLC, CFG Partners L.P., and CFG Partners Colombia, S.A.S. d/b/a Dando (collectively, the "Corporate Defendants") timely filed their Objection to the Report and Recommendation. (ECF No. 106.) No other party filed any other objections, and the time to do so has now passed. (*See* ECF No. 103 at 46.)

This Court perused the entire file and record, reviewed applicable law, and conducted a *de*

*novo* review of the issues that the objections to the Report and Recommendation present and is otherwise fully advised in the premises. In their Objection, the Corporate Defendants argue that Judge Becerra erred in finding that Plaintiffs sufficiently established personal jurisdiction over the Corporate Defendants under section 48.193(1)(a)(1), Florida Statutes (2022). (*See generally* ECF No. 106.) After careful consideration, this Court finds that the issues raised in the Objection, (*id.*), were already addressed in Judge Becerra's thorough and well-reasoned Report and Recommendation, (ECF No. 103 at 41–45), or are without merit.

Therefore, it is

**ADJUDGED** that Judge Becerra's Report and Recommendation, (ECF No. 103), is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Corporate Defendants' Objection, (ECF No. 106), is **OVERRULED**.
2. Defendants' Request for Judicial Notice, (ECF No. 51), is **DENIED**.
3. Defendants' Motions to Dismiss, (ECF Nos. 52, 53, 54), are **DENIED**.
4. Defendants' Motion to Adopt/Join Request for Judicial Notice, (ECF No. 57), is **GRANTED IN PART** and **DENIED IN PART** as set forth in the Report and Recommendation.
5. Defendants' Motion for a Temporary Stay of Discovery, (ECF No. 63), is **DENIED** as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of March, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record